Gloria TURNAGE, Plaintiff–Appellant,

v.

Michael J. ASTRUE, Commissioner, Social Security Administration, Defendant–Appellee.

No. 12–1911.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 11, 2012.

Decided: Oct. 15, 2012.

Gloria Turnage, Appellant Pro Se. Robin Perrin Meier, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gloria Turnage appeals the magistrate judge's order affirming the denial of social security disability benefits.* We have reviewed the record and find no reversible

* The parties consented to the exercise of jurisdiction by the magistrate judge, in accordance with 28 U.S.C. § 636(c) (2006).

error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Turnage v. Astrue*, No. 3:11–cv–00785–DJN (E.D.Va. July 11, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*